**DISMISS; and Opinion Filed April 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00181-CV

## SHANNON STEPHENS VEAL, Appellant

### V.

## NATIONSTAR MORTGAGE, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01525**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Appellant Shannon Stephens Veal, purportedly on behalf of both herself and Reginald Veal, has filed a "notice," signed by Shannon Stephens Veal *pro se*, informing the Court "they are taking a nonsuit of their entire case" against appellee Nationstar Mortgage, LLC. We construe the notice as a motion to dismiss the appeal pursuant to rule of appellate procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1).

Both the caption of the notice of appeal and the docketing statement in this case identify Shannon Stephens Veal and Reginald Veal as "appellants"; however, the notice of appeal is signed only by Shannon Stephens Veal on behalf of "Shannon Stephens Veal, et al." Generally, an individual must appear in person or by attorney, and an unrepresented party must sign any document the party files with the Court. *See* TEX. R. APP. P. 9.1(b); *Kunstoplast of Am, Inc. v. Formosa*

*Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996). Nothing in our record indicates Shannon Stephens Veal is a licensed attorney, and no filings in this Court have been signed by Reginald Veal. Accordingly, we conclude the only parties to this appeal are Shannon Stephens Veal and Nationstar Mortgage, LLC.

We grant Shannon Stephens Veal's motion and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150181F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHANNON STEPHENS VEAL, Appellant

No. 05-15-00181-CV    V.

NATIONSTAR MORTGAGE LLC, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-01525.
Opinion delivered by Justice Fillmore. Justices
Myers and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Nationstar Mortgage LLC recover its costs, if any, of this appeal from appellant Shannon Stephens Veal.

Judgment entered this 29th day of April, 2015.